1 | Richard C. Moreno (SBN 190869)
   rmoreno@murchisonlaw.com
2 | Lisa D. Angelo (SBN 229000)
   langelo@murchisonlaw.com
3 | **MURCHISON & CUMMING, LLP**
   801 South Grand Avenue, 9th Floor
4 | Los Angeles, California  90017-4613
   Telephone: (213) 623-7400
5 | Facsimile: (213) 623-6336

6 | Attorneys for Third Party Defendant
   E & M ELECTRIC & MACHINERY

7

8

9 | UNITED STATES DISTRICT COURT

   EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11

12 | CALPINE OPERATING SERVICES COMPANY, INC., a Delaware Corporation, CALPINE GILROY COGEN, LP, a Delaware Corporation,

CASE NO. 09-cv-01495 GEB (DAD)

**STIPULATION TO CONTINUE DATES FOR THE EXCHANGE OF EXPERT REPORTS AND DATE FOR EXCHANGE OF REBUTTAL EXPERT WITNESSES**

13

14 | Plaintiffs,

15 | vs.

16 | ELECTRICAL MAINTENANCE CONSULTANTS, INC., a California Corporation, and DOES 1 through 100, inclusive,

17

18 | Defendant.

19

20 | ELECTRICAL MAINTENANCE CONSULTANTS, INC,

21 | Third Party Plaintiff,

22 | vs.

23

24 | E & M ELECTRIC and MACHINERY, INC.,

25 | Third Party Defendant.

26

27

28

1
STIPULATION

1      WHEREAS, the court's August 18, 2009 scheduling Order instructs that rebuttal

2 expert disclosure authorized under Rule 26(a)(2)(c)(ii) is to be disclosed on or before

3 May 28, 2010;

4      WHEREAS, the parties have designated their liability and damages experts and

5 have not exchanged expert reports;

6      WHEREAS, the parties will participate in a global mediation on July 7, 2010

7 which may culminate in the final resolution of the case;

8      WHEREAS, in an effort to avoid unnecessary cost associated with exchanging

9 expert reports, the parties have met, conferred and agreed to stipulate to the following

10 amendments to the court's August 18, 2009 scheduling Order:

11

12      1.    Expert reports as to the issue of damages will be exchanged on or before

13 June 16, 2010;

14      2.    Expert reports as to the issue if liability will be exchanged on or before

15 August 13, 2010;

16      3.    Designation of the parties' rebuttal experts and exchange of their report

17 will be made on or before September 13, 2010.

18

19

20

21

22

23

24

25

26

27

28

STIPULATION

1   DATED:  May 27, 2010                Respectfully submitted,

2                                       **MURCHISON & CUMMING, LLP**

3

4                                       By: _____

5                                           Richard C. Moreno
                                            Lisa D. Angelo
6                                           Attorneys for Third Party Defendant  E &
                                            M ELECTRIC & MACHINERY

7

8   DATED: May 27, 2010                 **SEYFARTH SHAW, LLP**

9

10                                      By: _____

11                                          Robin M. Cleary, Esq
                                            Attorneys for Plaintiff, CALPINE
12                                          OPERATING SERVICES COMPANY,
                                            INC.

13  DATED: May 27, 2010                 **OSMAN & ASSOCIATES**

14

15                                      By: _____

16                                          Richard L. Scott, Esq.
                                            Attorneys for Defendant, ELECTRICAL
17                                          MAINENTANCE CONSULTANTS, INC.

18
    IT IS SO ORDERED.
19

20

21
                May 27, 2010
22  DATED:_____      _____
                                        GARLAND E. BURRELL, JR.
23                                      United States District Judge

24  J:\RCM\29286\PLD\051010 Stip Cont Rebut Wit v5

25

26

27

28