1  SEYFARTH SHAW LLP
   Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
2  Robin M. Cleary (SBN 192489) rcleary@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Plaintiffs
   CALPINE OPERATING SERVICES COMPANY, INC.
6  and CALPINE GILROY COGEN, LP

7  OSMAN & ASSOCIATES
   Richard L. Scott
8  rlscott@travelers.com
   1980 Orange Tree Lane, Suite 106
9  Redlands, California 92374
   Telephone: (909) 792-0449
10 Facsimile: (909) 798-7896

11 Attorneys for Defendant
   ELECTRICAL MAINTENANCE CONSULTANTS, INC.
12

   MURCHISON & CUMMING, LLP
13 Richard C. Moreno
   rmoreno@murchisonlaw.com
14 Lisa D. Angelo
   langelo@murchisonlaw.com
15 801 South Grand Avenue, 9th Floor
   Los Angeles, California 90017
16 Telephone: (213) 623-7400
   Facsimile: (213) 623-6336
17
   Attorneys for Third Party Defendant
18 E & M ELECTRIC & MACHINERY

19                    UNITED STATES DISTRICT COURT

20                    EASTERN DISTRICT OF CALIFORNIA

21 | CALPINE OPERATING SERVICES           ) No. 2:09-CV-01495 GEB (DAD)
   | COMPANY, INC., a Delaware Corporation; )
22 | CALPINE GILROY COGEN, LP, a Delaware  ) **STIPULATION AND [PROPOSED]**
   | Corporation,                          ) **ORDER TO CONTINUE DISCOVERY**
23 |                                       ) **DEADLINE**
   |         Plaintiff,                    )
24 |     v.                                )
   |                                       )
25 | ELECTRICAL MAINTENANCE                )
   | CONSULTANTS, INC., a California       )
26 | Corporation, and DOES 1 through 100,  )
   | inclusive,                            )
27 |                                       )
   |         Defendants.          ____     )
28 | And Third Party Claims                )
   |                                       )

Stipulation and [Proposed] Order to Continue Discovery Deadline / Case No. 2:09-CV-01495 GEB (DAD)

1    Plaintiffs Calpine Operating Services Company, Inc. and Calpine Gilroy Cogen, LP
2  (collectively, "Calpine"), defendant and third-party plaintiff Electrical Maintenance and
3  Consultants, Inc. ("EMC") and third-party defendant E&M Electric and Machinery, Inc.
4  ("E&M"),  by and through their respective attorneys of record, hereby stipulate and agree to the
5  following:
6    1.    Pursuant to the Court's August 18, 2009, Pre-Trial Scheduling Order, the
7  discovery deadline in this action is September 22, 2010.
8    2.    Trial is currently scheduled for April 19, 2011.
9    3.    The parties informally mediated this case with Michael Ornstil of JAMS on July
10  7, 2010.  The case did not settle but the parties are still engaged in ongoing settlement
11  discussions.
12    4.    In light of the July 7, 2010 mediation, the parties conducted limited discovery in
13  order to reduce any potentially unnecessary attorneys' fees and costs.
14    5.    The parties have endeavored to complete discovery by the September 22, 2010
15  deadline, but the scheduling of depositions has been challenging due to the witnesses and
16  counsels' limited availability, including: (1) paternity leave for Calpine's lead trial counsel from
17  July 26 - August 18, 2010; (2) limited availability of EMC's lead trial counsel due to: a 6-week
18  trial from April 5 to May 14, a three-week vacation from May 17 - June 4, 2 trials in September
19  and a two-week vacation in September;  and (3) limited availability for numerous Calpine
20  witnesses who are required to travel from out-of-state to be present for deposition.
21    6.    Based on the foregoing, the parties stipulate and request a 30-day continuance of
22  the discovery deadline.
23    7.    This brief continuance of the discovery deadline will not affect any other dates,
24  including the November 22, 2010 motion hearing deadline; the January 24, 2011 pre-trial
25  conference; or the April 19, 2011 trial date.
26    8.    This is the first continuance to the discovery deadline sought by the parties.  The
27  parties have stipulated, and the Court has granted, one extension to a continuance of the
28  exchange of expert reports.  The parties disclosed experts pursuant to the Court's Pre-Trial

1  Scheduling Order but the parties stipulated to a continuance of the exchange of expert reports in
2  light of the July 7, 2010 mediation. No other extensions of time have been sought.
3       8.    Based on the foregoing, the parties stipulate and respectfully request that the
4  Court grant a 30-day extension of time from September 22, 2010 to October 22, 2010 for the
5  parties to complete discovery.

DATED: August 5, 2010       SEYFARTH SHAW LLP

By: /s/ Robin M. Cleary
    Michael T. McKeeman
    Robin M. Cleary
Attorneys for Plaintiffs
CALPINE OPERATING SERVICES
COMPANY, INC. and CALPINE GILROY
COGEN, LP

DATED: August 5, 2010       OSMAN & ASSOCIATES

By: /s/ Richard L. Scott
    Richard L. Scott
Attorneys for Defendant
ELECTRICAL MAINTENANCE
CONSULTANTS, INC.

DATED: August 5, 20100      MURCHISON & CUMMING, LLP

By: /s/ Richard C. Moreno
    Richard C. Moreno
    Lisa D. Angelo
Attorneys for Third Party Defendant
E & M ELECTRIC & MACHINERY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/9/10

GARLAND E. BURRELL, JR.
United States District Judge