IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALPINE OPERATING SERVICES )
COMPANY, INC., a Delaware ) 2:09-cv-01495-GEB-DAD
Corporation; CALPINE GILROY )
COGEN, LP, a Delaware )
Corporation, ) ORDER RE: SETTLEMENT AND
                                 ) DISPOSITION
          Plaintiffs, )
                                 )
    v. )
                                 )
ELECTRICAL MAINTENANCE )
CONSULTANTS, INC., a California )
Corporation, )
                                 )
          Defendant. )
_____ )

          Plaintiffs filed a "Notice of Settlement" on March 10, 2011, in which they state:

> Plaintiffs Calpine Operating Services Company, Inc. and Calpine Gilroy Cogen, LP (collectively "Calpine") and defendant Electrical Maintenance Consultants, Inc. ("EMC") have agreed on a settlement of this matter. The Parties have agreed on the terms of settlement and are currently in the process of executing a written settlement agreement. The undersigned expects that a stipulated request for dismissal with prejudice will be filed with this Court on or before March 25, 2011.

(ECF No. 43, 2:2-7.)

          Therefore, a dispositional document shall be filed no later than March 31, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and

a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The trial scheduled to commence on April 19, 2011, will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]

IT IS SO ORDERED.

Dated:  March 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The trial will remain on calendar because the mere representation that a case has been settled does not justify vacating the trial commencement date.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2